IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**JASON GLENN CARROLL,**

    Plaintiff,

v.                                                        CIVIL ACTION NO.: 3:21-CV-189
                                                             (GROH)

**RUSSELL MASTON,**
**KAREN TOWNSON**
**and BETSY JIVIDEN,**

    Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the above-styled matter came before the Court for consideration of the Report and Recommendation ("R&R") of United States Magistrate Judge Robert W. Trumble. Pursuant to the Local Rules, this civil action was referred to Judge Trumble for submission of a proposed R&R. Magistrate Judge Trumble issued an R&R [ECF No. 9] on January 4, 2022. In the R&R, Judge Trumble recommends that the Plaintiff's Complaint [ECF No. 1] be dismissed with prejudice.

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. Thomas v. Arn, 474 U.S. 140,

150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and of a Plaintiff's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); Snyder v. Ridenour, 889 F.2d 1363, 1366 (4th Cir. 1989); United States v. Schronce, 727 F.2d 91, 94 (4th Cir. 1984).

Objections to Magistrate Judge Trumble's R&R were due within fourteen plus three days of the Plaintiff being served with a copy of the same. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Service was accepted by the *pro se* Plaintiff on January 10, 2022. ECF No. 13. On January 18, 2022, the Plaintiff filed a letter motion for an extension of time to file objections to the R&R. ECF No. 14. This Court granted the Motion and gave the Plaintiff until February 28, 2022, to file any objections. ECF No. 21. The Court's Order again cautioned the Plaintiff that failure to timely file objections will result in a waiver of his right to appeal from any judgment of the Court based upon the R&R.

Therefore, after allowing additional time for transit in the mail, the Court finds that the deadline for the Plaintiff to submit objections to the R&R has passed. No objections have been filed. The Court notes that the Plaintiff has filed numerous other letters and motions, including motions seeking leave to amend. However, the Court has reviewed those motions and finds that amendment for the reasons stated would be futile and result in the same conclusion. Accordingly, this Court will review the R&R for clear error.

Upon careful review of the R&R, it is the opinion of this Court that Magistrate Judge Trumble's Report and Recommendation [ECF No. 9] should be, and is hereby, **ORDERED ADOPTED** for the reasons more fully stated therein, and the Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. ECF No. 1.

The Clerk of Court is **DIRECTED** to **TERMINATE as MOOT** any outstanding Motions and to mail a copy of this Order to the Plaintiff by certified mail, return receipt requested, at his last known address as reflected on the docket sheet.

**DATED:** June 27, 2022

GINA M. GROH
UNITED STATES DISTRICT JUDGE